UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-25385-JLK

DOUG LONGHINI,

    Plaintiff,

v.

ADAM C. OLINICK, as Trustee d/b/a Portofino IV
Center, and BEAN SHOP MIAMI INC. d/b/a
The Bean Shop,

    Defendants.
_____/

## MOTION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ADAM C. OLINICK D/B/A PORTOFINO IV CENTER

Plaintiff Doug Longhini ("**Longhini**") moves for Dismissal without Prejudice as to Defendant, ADAM C. OLINICK d/b/a Portofino IV Center, and in support thereof state, as follows:

1. Plaintiff requests that the Court enter an Order of Dismissal without Prejudice as to Defendant, ADAM C. OLINICK d/b/a Portofino IV Center.

2. The Court shall retain jurisdiction of the above-styled cause with regard to the remaining parties.

Plaintiff, pursuant to the Federal Rules of Civil Procedure, hereby moves to dismiss without prejudice as to Defendant ADAM C. OLINICK d/b/a Portofino IV Center.

1

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1

Pursuant to Fla. L. R. 7.1(a)(3)(A), the undersigned counsel certifies that he has conferred with counsel for Defendant, ADAM C. OLINICK, and that Defendant is not opposing the relief sought in this Motion. Defendant, BEAN SHOP MIAMI INC. has not yet made an appearance.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone:   (305) 553-3464
Facsimile:    (305) 553-3031
Primary E-Mail:   ajperezlaw@gmail.com
Secondary E-Mail: agmlaw@bellsouth.net

By:   /s/ Anthony J. Perez
      ANTHONY J. PEREZ
      Florida Bar No.: 535451
      ALFREDO GARCIA-MENOCAL
      Florida Bar No.: 533610

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15th, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF to all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone:   (305) 553-3464
Facsimile:    (305) 553-3031
Primary E-Mail:   ajperez@gmplaw.com
Secondary E-Mail: ajperezlaw@gmail.com, agm@gmplaw.com

By: ___/s/ Anthony J. Perez___
ANTHONY J. PEREZ