UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-25385-JLK

DOUG LONGHINI,

    Plaintiff,

vs.

ADAM C. OLINICK, as Trustee d/b/a Portofino IV
Center, and BEAN SHOP MIAMI INC. d/b/a
The Bean Shop,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT ADAM C. OLINICK D/B/A PORTOFINO IV CENTER

    THIS CAUSE came on for consideration upon the Plaintiff's Motion for Dismissal without Prejudice as to Defendant Adam C. Olinick d/b/a Portofino IV Center (D.E. #9) filed February 15, 2017, in the above-styled case. The court, having considered the record and being fully advised in the premises, it is

    ORDERED, ADJUDGED and DECREED that Defendant, Adam C. Olinick d/b/a Portofino IV Center, be and the same is hereby DISMISSED WITHOUT PREJUDICE from the above-styled action, based on Plaintiff's Motion for Dismissal without Prejudice as to Defendant Adam C. Olinick d/b/a Portofino IV Center.

    DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 16th day of February, 2017.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record