UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-25385-CIV-KING

DOUG LONGHINI,

    Plaintiff,

v.

BEAN SHOP MIAMI, INC., *doing business as The Bean Shop*

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO FILE PRE-TRIAL STIPULATION**

This action came on before the court *sua sponte*. It appearing that no pre-trial stipulation was filed on the date specified in the pre-trial order. The court, having considered the record and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the complaint be, and it is hereby dismissed for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with the local rules pertaining thereto. The Pre-Trial Conference currently set for May 4, 2018 and Trial Date set for July 9, 2018 are hereby **cancelled.**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 30th day of April, 2018.

                                              JAMES LAWRENCE KING
                                              U.S. DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:
**_Counsel for Plaintiff_**:

**Alfredo Garcia-Menocal**
GARCIA-MENOCAL & PEREZ, P.L.
4937 SW 74th Court
Unit 3
Miami, FL 33155
305-553-3464
Fax: (305) 553-3031
Email: agmlaw@bellsouth.net

**Anthony Joseph Perez**
Garcia-Menocal & Perez, P.L.
4937 SW 74th Court
No. 3
Miami, FL 33155
305-553-3464
Fax: 305.553.3031
Email: ajperezlaw@gmail.com

**_Counsel for Defendant_**:

**Anthony Edward Torrente**
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
305-358-7747
Email: atorrente@hinshawlaw.com

**West Allan Holden**
Hinshaw and Culbertson LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
305-428-5106
Email: wholden@hinshawlaw.com