UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:16-cv-25385-JLK

DOUG LONGHINI,

    Plaintiff,

v.

BEAN SHOP MIAMI, INC., d/b/a The Bean Shop,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI ("Plaintiff") and Defendant, BEAN SHOP MIAMI, INC., d/b/a The Bean Shop, a Florida Corporation, ("Defendant") (Plaintiff and Defendant are collectively referred to as the Parties), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice.  Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 7th day of May, 2018.

| | |
|---|---|
| */s/ Anthony E. Torente*_____ | /s/ *Anthony J. Perez*_____ |
| Anthony E. Torrente, Esq. | Anthony J. Perez, Esq. |
| Florida Bar No.: 93644 | Florida Bar No.: 535451 |
| Hinshaw & Culbertson LLP | Garcia-Menocal & Perez, P.L. |
| 2525 Ponce de Leon Blvd, 4th Floor | 4937 S.W. 74th Court, Unit #3 |
| Coral Gables, FL 33134 | Miami, FL 33155 |
| Telephone: (305) 428-5030 | Telephone: (305) 553- 3464 |
| Email: atorrente@hinshawlaw.com | Emails: ajperezlaw@gmail.com |
| ***Attorney for Defendant*** | agmlaw@bellsouth.net |
| | mpomares@lawgmp.com |
| | ***Attorneys for Plaintiff*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 7th day of May, 2018.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:   ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By:  /s/ Anthony J. Perez
   ANTHONY J. PEREZ