UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:16-cv-25385-JLK

DOUG LONGHINI,

    Plaintiff,

v.

BEAN SHOP MIAMI, INC., d/b/a The Bean Shop,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

DONE AND ORDERED IN Chambers this 8 day of May, 2018.

_____
The Honorable James Lawrence King
UNTIED STATES DISTRICT COURT JUDGE

Copies furnished to:
Anthony J. Perez, Esq.
Anthony E. Torente, Esq.